DOWNEY BRAND LLP
DANIEL J. COYLE (Bar No. 119274)
MONICA S. HANS (Bar No. 227379)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
MODERN WOODMEN OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GINA MESA, an individual, | Case No.  1:06-CV-01055 LJO GSA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| MODERN WOODMEN OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to be responsible for her or its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated:  December 5, 2007       By:  _____/s/ Randall M. Rumph_____
                                    Randall M. Rumph
                                    Attorneys for Plaintiff Gina Mesa

Dated:  December 11, 2007      DOWNEY BRAND LLP

                               By:  _____/s/ Daniel J. Coyle_____
                                    Daniel J. Coyle
                                    Attorneys for Defendant Modern Woodmen of America

893933.1                            1

STIPULATION AND ORDER OF DISMISSAL

1 **<u>ORDER</u>**

2 IT IS HEREBY ORDERED, per the Stipulation of the Parties, that the above-entitled
3 matter is hereby dismissed with prejudice.

4

5 Dated: 12/17/07    /s/ Lawrence J. O'Neill
6                    U.S. District Judge