1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES MARTIN,                          CASE NO. CV F 07-1005 LJO SMS

12                    Plaintiff,         **ORDER ON STIPULATION TO RESET**
                                          **DATES**
13        vs.                             (Doc. 18.)

14   GENESCO, INC.,

15                    Defendant.
                                        /
16

17        This Court's December 20, 2007 Scheduling Conference Order sets discovery, motion and trial

18   dates for this action.  With their July 24, 2008 stipulation, the parties seek to extend discovery and

19   motion dates.  Without good cause and an apparent understanding of the pretrial conference's impact,

20   the parties seek to extend the pretrial motion hearing deadline beyond the December 3, 2008 pretrial

21   conference.  This Court is unable to conduct a meaningful pretrial conference if a pretrial motion is

22   pending.  As such, this Court RESETS only the discovery deadlines as follows:

23        1.    Expert Disclosure – August 27, 2008;

24        2.    Supplemental Expert Disclosure – September 8, 2008;

25        3.    Nonexpert Discovery Cutoff – September 17, 2008; and

26        4.    Expert Discovery Cutoff – October 20, 2008.

27   This Court DENIES the request to reset pretrial motion filing and hearing deadlines and ORDERS the

28   parties' counsel to familiarize themselves with F.R.Civ.P. 16(e) and Local Rule 16-281, 16-282 and 16-

                                           1

283.  This Court requires counsel to know and comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:     July 25, 2008**                                   **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE